GREGORY J. ARPIN
PAINE HAMBLEN LLP
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201-3505
(509) 455-6000

Attorney for Defendant,
United States Seamless, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT and DANELLE BLANGERES, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES SEAMLESS, INC., and KAYCAN LIMITED,<br><br>　　　　　　Defendants. | No. CV-13-260-LRS<br><br>MOTION FOR ORDER ALLOWING JON R. BRAKKE TO APPEAR AND PARTICIPATE PRO HAC VICE |

Defendant UNITED STATES SEAMLESS, INC., by and through its local counsel, Gregory J. Arpin, hereby moves, pursuant to Local Rule 83.2(c), for an order allowing Jon R. Brakke to appear and participate pro hac vice in this particular case. In support of this motion, the undersigned submits the following information pursuant to LR 83.2(c)(2):

(a) Applicant's address and phone number:

>Jon R. Brakke
>Vogel Law Firm
>218 NP Avenue
>P.O. Box 1389
>Fargo, ND  58107-1389
>Telephone:  (701) 237-6983
>Facsimile:  (701) 476-7676

(b) Applicant's dates of admission to practice before other courts:

    (1) Supreme Court of North Dakota (1979);

    (2) Supreme Court of Minnesota; (1979);

    (3) U.S. District Court, District of North Dakota; (1979);

    (4) U.S. District Court, District of Minnesota; (1981);

    (5) U.S. Court of Appeals for the Eighth Circuit (1981); and

    (6) U.S. Supreme Court (1990)

(c) The applicant will be associated with the following admitted local counsel in this action:

>Gregory J. Arpin
>Paine Hamblen LLP
>717 W. Sprague Avenue, Suite 1200
>Spokane, WA  99201
>Telephone: (509) 455-6000
>Facsimile: (509) 838-0007

(d) The applicant has been a licensed attorney in the states of North Dakota and Minnesota for nearly 34 years. The applicant has extensive

commercial and business litigation experience. The applicant has served as principal outside counsel for United States Seamless, Inc. for the last three years and, as such, is familiar with all aspects of the business operations of United States Seamless, Inc.

(e) The applicant does not have any pending disciplinary sanction actions. The only disciplinary action involving the applicant was a six-month consent probation agreement with the North Dakota State Bar Association that terminated in 2008.

RESPECTFULLY SUBMITTED this 16th day of August, 2013.

s/ Gregory J. Arpin
Gregory J. Arpin, WSBA #2746
Attorney for Defendant,
United States Seamless, Inc.

Paine Hamblen LLP
717 W. Sprague Ave., Ste. 1200
Spokane, WA 99201-3505
Telephone: (509) 455-6000
Fax: (509) 838-0007
Email: greg.arpin@painehamblen.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send email notification of such filing to the following:

| | |
|---|---|
| Gregory J. Arpin<br>greg.arpin@painehamblen.com<br>bruce.bennett@painehamblen.com | Robert K. Shelquist<br>rkshelquist@locklaw.com<br>kjleroy@locklaw.com<br>bgilles@locklaw.com |
| Erika L. Nusser<br>enusser@tmdwlaw.com<br>docketrequests@tmdwlaw.com<br>bkinsey@tmdwlaw.com<br>enordby@tmdwlaw.com<br>jchase@tmdwlaw.com<br>filing@tmdwlaw.com | Beth E. Terrell<br>bterrell@tmdwlaw.com<br>docketrequests@tmdwlaw.com<br>bkinsey@tmdwlaw.com<br>enordby@tmdwlaw.com<br>jchase@tmdwlaw.com<br>filing@tmdwlaw.com |
| Herbert Matthew Munson<br>mmunson@tcplaw.com<br>mhanshaw@tcplaw.com | Patrick Michael Paulich<br>ppaulich@tcplaw.com<br>mhanshaw@tcplaw.com |

There are no non-CM/ECF participants for this case.

        s/ Gregory J. Arpin
        Gregory J. Arpin, WSBA #2746
        Attorney for Defendant,
        United States Seamless, Inc.

        Paine Hamblen LLP
        717 W. Sprague Ave., Ste. 1200
        Spokane, WA  99201-3505
        Telephone:  (509) 455-6000
        Fax: (509) 838-0007
        Email: greg.arpin@painehamblen.com

I:\Spodocs\39809\00001\PLEAD\01183850.DOC