1  Beth E. Terrell, WSBA #26759
2  Erika L. Nusser, WSBA #40854
   Attorneys for Plaintiffs
3  TERRELL MARSHALL DAUDT
4    & WILLIE PLLC
   936 North 34th Street, Suite 400
5  Seattle, Washington 98103
6  Telephone: (206) 816-6603
   Facsimile: (206) 350-3528
7  Email: bterrell@tmdwlaw.com
8  Email: enusser@tmdwlaw.com
9  [Additional Counsel Appear On Signature Page]
10
11          UNITED STATES DISTRICT COURT FOR THE
12              EASTERN DISTRICT OF WASHINGTON
13  ROBERT and DANELLE BLANGERES,
14  individually and on behalf of all others      NO. 2:13-cv-00260-LRS
    similarly situated,
15                                                **MOTION FOR ADMISSION**
                Plaintiffs,                       ***PRO HAC VICE***
16
        v.
17
18  UNITED STATES SEAMLESS, INC.,
    and KAYCAN LIMITED,
19
                Defendants.
20
21
22      Charles Schaffer (the "Applicant") hereby moves the Court to enter an
23  order permitting him to participate in this case *Pro Hac Vice* as counsel for
24
25  Plaintiffs Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule
26  83.2(c). In support of this Motion, the Applicant states as follows:

MOTION FOR ADMISSION PRO HAC VICE - 1
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1. The Applicant is a partner in the law firm of Levin, Fishbein, Sedran & Berman in Philadelphia, Pennsylvania.

2. The Applicant is a member in good standing of the bars of several United States federal courts and the highest state courts of Pennsylvania and New Jersey.

3. The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4. The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

   (a) The Applicant's address and telephone number are 510 Walnut Street, Suite 500, Philadelphia, Pennsylvania, 19106-3697, telephone: (215) 592-1500; facsimile: (215) 592-4663; email: cschaffer@lfsblaw.com.

   (b) The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
| --- | --- |
| Pennsylvania | 11/27/1995 |

| Federal Bar Admissions | Date Admitted |
| --- | --- |
| Eastern District of Pennsylvania | 02/05/1998 |
| Third Circuit Court of Appeals | 03/31/1998 |

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | | |
|---|---|---|
| 1 | Central District of Illinois | 03/14/2011 |
| 2 | Northern District of Illinois | 01/30/2012 |
| 3 | Middle District of Pennsylvania | 04/13/2012 |
| 4 | | |
| 5 | Sixth Circuit Court of Appeals | 11/14/2012 |
| 6 | Northern District of New York | 03/07/2013 |
| 7 | District of Colorado | 07/15/2013 |

(c) The name, address and telephone number of admitted counsel with whom the Applicant will be associated are: Beth E. Terrell and Erika L. Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 400, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

(d) The Applicant's appearance is necessary because Plaintiffs in this action have retained him in this action.

(e) There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

5. The Applicant understands that if he is admitted *Pro Hac Vice* he will be subject to the disciplinary jurisdiction of this Court.

6. The Applicant is familiar with the facts, issues and documents associated with this case.

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

7. The Applicant is familiar with the local rules of this Court.

WHEREFORE, Charles Schaffer respectfully requests that the Court enter an order in the form proposed granting the admission *Pro Hac Vice* of Charles Schaffer during the pendency of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8-12-13

_____
Charles Schaffer, Applicant

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that Erika L. Nusser and I are co-counsel for Plaintiffs in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Charles Schaffer is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 12th day of August, 2013.

                TERRELL MARSHALL DAUDT
                & WILLIE PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiffs
936 North 34th Street, Suite 400
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: enusser@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

|   |   |
|---|---|
| 1 | Charles J. LaDuca |
| 2 | Brendan S. Thompson |
|   | Attorneys for Plaintiffs |
| 3 | CUNEO GILBERT & LADUCA, LLP |
|   | 8120 Woodmont Avenue, Ste. 810 |
| 4 | Bethesda, Maryland 20814 |
| 5 | Telephone: (202) 789-3960 |
|   | Facsimile: (202) 789-1813 |
| 6 | Email: charles@cuneolaw.com |
| 7 | Email: brendant@cuneolaw.com |
| 8 | Michael McShane |
| 9 | Attorneys for Plaintiffs |
|   | AUDET & PARTNERS, LLP |
| 10 | 221 Main Street, Suite 1460 |
| 11 | San Francisco, California 94105 |
|   | Telephone: (415) 568-2555 |
| 12 | Facsimile: (415) 568-2556 |
| 13 | Email: mmcshane@audetlaw.com |
| 14 | Robert K. Shelquist |
| 15 | Attorneys for Plaintiffs |
|   | LOCKRIDGE GRINDAL NAUEN, PLLP |
| 16 | 100 Washington Avenue South, Suite 2200 |
| 17 | Minneapolis, Minnesota 55401 |
|   | Telephone: (612) 339-6900 |
| 18 | Facsimile: (612) 339-0981 |
| 19 | Email: rkshelquist@locklaw.com |
| 20 | Gary E. Mason |
| 21 | Attorneys for Plaintiffs |
|   | WHITFIELD BRYSON & MASON LLP |
| 22 | 1625 Massachusetts Ave, NW, Suite 605 |
| 23 | Washington, DC 20036 |
|   | Telephone: (202) 429-2290 |
| 24 | Facsimile: (202) 429-2294 |
| 25 | Email: gmason@wbmllp.com |
| 26 |   |

MOTION FOR ADMISSION PRO HAC VICE - 6
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| 1 | Charles Schaffer |
| 2 | Attorneys for Plaintiffs |
| | LEVIN, FISHBEIN, SEDRAN & BERMAN |
| 3 | 510 Walnut Street, Suite 500 |
| | Philadelphia, Pennsylvania 19106-3697 |
| 4 | Telephone: (215) 592-1500 |
| 5 | Facsimile: (215) 592-4663 |
| | Email: cschaffer@lfsblaw.com |

MOTION FOR ADMISSION PRO HAC VICE - 7
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 20, 2013:

1. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gregory J. Arpin, WSBA #2746
> Attorneys for Defendant United States Seamless, Inc.
> PAINE HAMBLEN LLP
> 717 W. Sprague Avenue Suite 1200
> Spokane, Washington  99201-3505
> Telephone: (509) 455-6000
> Fax: (509) 838-0007
> Email: greg.arpin@painehamblen.com
>
> Patrick M. Paulich, WSBA #10951
> H. Matthew Munson, WSBA #32019
> Attorneys for Defendant Kaycan Limited
> THORSRUD CANE & PAULICH
> 1300 Puget Sound Plaza
> 1325 Fourth Avenue
> Seattle, Washington  98101
> Telephone:  (206) 386-7755
> Facsimile:  (206) 386-7795
> Email:  ppaulich@tcplaw.com
> Email:  mmunson@tcplaw.com

2. On August 20, 2013, I caused true and correct copies of the above-referenced documents to be delivered to the following who were not served through the Court's CM/ECF system in the above-captioned matter, by electronic mail and by United States Postal Service U.S. mail, postage prepaid, from Seattle, Washington:

MOTION FOR ADMISSION PRO HAC VICE - 8
Case No. 2:13-cv-00260-LRS

| | |
|---|---|
| 1 | |
| 2 | Jon R. Brakke |
| | Attorneys for Defendant United States Seamless, Inc. |
| 3 | VOGEL LAW FIRM |
| 4 | 218 NP Avenue |
| | P.O. Box 1389 |
| 5 | Fargo, North Dakota  58107-1389 |
| | Telephone: (701) 237-6983 |
| 6 | Facsimile: (701) 476-7676 |

DATED this 20th day of August, 2013.

                  TERRELL MARSHALL DAUDT
                     & WILLIE PLLC


By:   /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759
       Attorneys for the Plaintiff
       936 North 34th Street, Suite 300
       Seattle, Washington  98103-8869
       Telephone:  (206) 816-6603
       Facsimile:  (206) 350-3528
       Email:  bterrell@tmdwlaw.com

*Attorneys for Plaintiff*

MOTION FOR ADMISSION PRO HAC VICE - 9
Case No. 2:13-cv-00260-LRS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com