1 Beth E. Terrell, WSBA #26759
2 Erika L. Nusser, WSBA #40854
   Attorneys for Plaintiffs
3 TERRELL MARSHALL DAUDT
   & WILLIE PLLC
4 936 North 34th Street, Suite 300
5 Seattle, Washington  98103
6 Telephone:  (206) 816-6603
   Facsimile:  (206) 350-3528
7 Email:  bterrell@tmdwlaw.com
8 Email:  enusser@tmdwlaw.com

9 [Additional Counsel Appear On Signature Page]
10

11          UNITED STATES DISTRICT COURT FOR THE
12               EASTERN DISTRICT OF WASHINGTON

13 ROBERT and DANELLE BLANGERES,
14 individually and on behalf of all others        NO. 2:13-cv-00260-LRS
   similarly situated,
15                                                 **MOTION FOR ADMISSION**
                     Plaintiffs,                   *PRO HAC VICE*
16
         v.
17
18 UNITED STATES SEAMLESS, INC.,
   and KAYCAN LIMITED,
19
                     Defendants.
20

21

22      Michael McShane (the "Applicant") hereby moves the Court to enter an

23 order permitting him to participate in this case *Pro Hac Vice* as counsel for
24
25 Plaintiffs Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule

26 83.2(c).  In support of this Motion, the Applicant states as follows:

MOTION FOR ADMISSION PRO HAC VICE - 1
Case No. 2:13-cv-00260-LRS

1.    The Applicant is a partner in the law firm of Audet & Partners, LLP, in San Francisco, California.

2.    The Applicant is a member in good standing of the bars of several United States federal courts, the highest state court of Maryland.

3.    The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4.    The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

(a)    The Applicant's address and telephone number are 221 Main Street, Suite 1460, San Francisco, California, 94105; telephone (415) 568-2555; facsimile (415) 568-2556; email: mmcshane@audetlaw.com.

(b)    The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
| --- | --- |
| California | 06/17/1987 |

| Federal Bar Admissions | Date Admitted |
| --- | --- |
| N.D. California | 06/17/1987 |

(c)    The name, address and telephone number of admitted counsel with whom the Applicant will be associated are: Beth E. Terrell and Erika L.

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:13-cv-00260-LRS

1   Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite

2   300, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206)

3   350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

4
5         (d)      The Applicant's appearance is necessary because Plaintiffs in

6   this action have retained him in this action.

7         (e)      There are no disciplinary sanction actions pending against the

8
9   Applicant and the Applicant has never been subject to any disciplinary sanctions

10  by any court or Bar Association.

11        5.       The Applicant understands that if he is admitted *Pro Hac Vice* he

12
13  will be subject to the disciplinary jurisdiction of this Court.

14        6.       The Applicant is familiar with the facts, issues and documents

15  associated with this case.

16
17        7.       The Applicant is familiar with the local rules of this Court.

18        WHEREFORE, Michael McShane respectfully requests that the Court

19
20  enter an order in the form proposed granting the admission *Pro Hac Vice* of

21  Michael McShane during the pendency of this case.

22        I declare under penalty of perjury under the laws of the United States of

23
24  America that the foregoing is true and correct.

25  Dated:  8-22-13
26
                                    Michael McShane, Applicant

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:13-cv-00260-LRS

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that Erika L. Nusser and I are co-counsel for

Plaintiffs in this matter. We will participate in a meaningful manner in

preparation and trial of this case and we are authorized and will be prepared to

handle this matter, including trial, in the event that the applicant Michael

McShane is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of August,

2013.

TERRELL MARSHALL DAUDT
& WILLIE PLLC


By:   /s/ Beth E. Terrell, WSBA #26759
      Beth E. Terrell, WSBA #26759
      Erika L. Nusser, WSBA #40854
      Attorneys for Plaintiffs
      936 North 34th Street, Suite 300
      Seattle, Washington  98103
      Telephone:  (206) 816-6603
      Facsimile:  (206) 350-3528
      Email:  bterrell@tmdwlaw.com
      Email:  enusser@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:13-cv-00260-LRS

1

## CERTIFICATE OF SERVICE

2      I, Beth E. Terrell, hereby certify that on August 22, 2013, I electronically

3

filed the foregoing with the Clerk of the Court using the CM/ECF system which

4

5    will send notification of such filing to the following:

6              Gregory J. Arpin, WSBA #2746
              Attorneys for Defendant United States Seamless, Inc.
7             PAINE HAMBLEN LLP
8             717 W. Sprague Avenue Suite 1200
              Spokane, Washington  99201-3505
9             Telephone: (509) 455-6000
10            Fax: (509) 838-0007
              Email: greg.arpin@painehamblen.com
11

12            Jon R. Brakke, *Admitted Pro Hac Vice*
              Attorneys for Defendant United States Seamless, Inc.
13            VOGEL LAW FIRM
14            218 NP Avenue
              P.O. Box 1389
15            Fargo, North Dakota  58107-1389
16            Telephone: (701) 237-6983
              Facsimile: (701) 476-7676
17            Email:  jbrakke@vogellaw.com

18

19            Patrick M. Paulich, WSBA #10951
              H. Matthew Munson, WSBA #32019
20            Attorneys for Defendant Kaycan Limited
21            THORSRUD CANE & PAULICH
              1300 Puget Sound Plaza
22            1325 Fourth Avenue
23            Seattle, Washington  98101
              Telephone:  (206) 386-7755
24            Facsimile:  (206) 386-7795
              Email:  ppaulich@tcplaw.com
25            Email:  mmunson@tcplaw.com

26

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED this 22nd day of August, 2013.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
      Beth E. Terrell, WSBA #26759
      Attorneys for the Plaintiff
      936 North 34th Street, Suite 300
      Seattle, Washington  98103-8869
      Telephone:  (206) 816-6603
      Facsimile:  (206) 350-3528
      Email:  bterrell@tmdwlaw.com

      *Attorneys for Plaintiff*

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com