1  Beth E. Terrell, WSBA #26759
2  Erika L. Nusser, WSBA #40854
   Attorneys for Plaintiffs
3  TERRELL MARSHALL DAUDT
4    & WILLIE PLLC
   936 North 34th Street, Suite 300
5  Seattle, Washington 98103
6  Telephone: (206) 816-6603
   Facsimile: (206) 350-3528
7  Email: bterrell@tmdwlaw.com
8  Email: enusser@tmdwlaw.com

9  [Additional Counsel Appear On Signature Page]
10

11             UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF WASHINGTON
12

13 ROBERT and DANELLE BLANGERES,
   individually and on behalf of all others       NO. 2:13-cv-00260-LRS
14 similarly situated,
15                                                **MOTION FOR ADMISSION**
                    Plaintiffs,                   ***PRO HAC VICE***
16      v.
17
   UNITED STATES SEAMLESS, INC.,
18 and KAYCAN LIMITED,
19                  Defendants.
20

21

22      Charles J. LaDuca (the "Applicant") hereby moves the Court to enter an

23 order permitting him to participate in this case *Pro Hac Vice* as counsel for

24
   Plaintiffs Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule
25
26 83.2(c). In support of this Motion, the Applicant states as follows:

MOTION FOR ADMISSION PRO HAC VICE - 1
Case No. 2:13-cv-00260-LRS

1. The Applicant is a partner in the law firm of Cuneo Gilbert & LaDuca, LLP, in Bethesda, Maryland.

2. The Applicant is a member in good standing of the bars of several United States federal courts, the highest state court of New York, and the District of Columbia.

3. The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4. The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

(a) The Applicant's address and telephone number are 8120 Woodmont Avenue, Suite 810, Bethesda, Maryland, 20814; telephone (202) 789-3960; facsimile (202) 789-1813; email: charles@cuneolaw.com.

(b) The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
| --- | --- |
| New York | June 26, 2001 |
| District of Columbia | July 8, 2002 |

| Federal Bar Admissions | Date Admitted |
| --- | --- |
| United States Supreme Court | August 17, 2009 |

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| D.C. Circuit Court of Appeals | May 31, 2013 |
| Second Circuit Court of Appeals | December 30, 2009 |
| Third Circuit Court of Appeals | April 19, 2004 |
| District of Columbia | October 4, 2004 |
| Northern District of New York | November 20, 2002 |
| Southern District of New York | April 24, 2013 |

(c) The name, address and telephone number of admitted counsel with whom the Applicant will be associated are: Beth E. Terrell and Erika L. Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 400, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

(d) The Applicant's appearance is necessary because Plaintiffs in this action have retained him in this action.

(e) There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

5. The Applicant understands that if he is admitted *Pro Hac Vice* he will be subject to the disciplinary jurisdiction of this Court.

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

6.  The Applicant is familiar with the facts, issues and documents associated with this case.

7.  The Applicant is familiar with the local rules of this Court.

WHEREFORE, Charles J. LaDuca respectfully requests that the Court enter an order in the form proposed granting the admission *Pro Hac Vice* of Charles J. LaDuca during the pendency of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/23/2013

_____
Charles J. LaDuca, Applicant

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that Erika L. Nusser and I are co-counsel for Plaintiffs in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Charles J. LaDuca is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 28th day of August, 2013.

        TERRELL MARSHALL DAUDT
          & WILLIE PLLC


By:   /s/ Beth E. Terrell, WSBA #26759
      Beth E. Terrell, WSBA #26759
      Erika L. Nusser, WSBA #40854
      Attorneys for Plaintiffs
      936 North 34th Street, Suite 300
      Seattle, Washington  98103
      Telephone:  (206) 816-6603
      Facsimile:  (206) 350-3528
      Email:  bterrell@tmdwlaw.com
      Email:  enusser@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I, Beth E. Terrell, hereby certify that on August 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Gregory J. Arpin, WSBA #2746
    Attorneys for Defendant United States Seamless, Inc.
    PAINE HAMBLEN LLP
    717 W. Sprague Avenue Suite 1200
    Spokane, Washington  99201-3505
    Telephone: (509) 455-6000
    Fax: (509) 838-0007
    Email: greg.arpin@painehamblen.com

    Jon R. Brakke, *Admitted Pro Hac Vice*
    Attorneys for Defendant United States Seamless, Inc.
    VOGEL LAW FIRM
    218 NP Avenue
    P.O. Box 1389
    Fargo, North Dakota  58107-1389
    Telephone: (701) 237-6983
    Facsimile: (701) 476-7676
    Email:  jbrakke@vogellaw.com

    Patrick M. Paulich, WSBA #10951
    H. Matthew Munson, WSBA #32019
    Attorneys for Defendant Kaycan Limited
    THORSRUD CANE & PAULICH
    1300 Puget Sound Plaza
    1325 Fourth Avenue
    Seattle, Washington  98101
    Telephone:  (206) 386-7755
    Facsimile:  (206) 386-7795
    Email:  ppaulich@tcplaw.com
    Email:  mmunson@tcplaw.com

MOTION FOR ADMISSION PRO HAC VICE - 6
Case No. 2:13-cv-00260-LRS

1 | DATED this 28th day of August, 2013.
2
3 | TERRELL MARSHALL DAUDT
  | & WILLIE PLLC
4
5
6 | By:   /s/ Beth E. Terrell, WSBA #26759
  |     Beth E. Terrell, WSBA #26759
7 |     Attorneys for the Plaintiff
  |     936 North 34th Street, Suite 300
8 |     Seattle, Washington  98103-8869
  |     Telephone:  (206) 816-6603
9 |     Facsimile:  (206) 350-3528
10|     Email:  bterrell@tmdwlaw.com
11
12| *Attorneys for Plaintiff*
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOTION FOR ADMISSION PRO HAC VICE - 7
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seatlle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com