```
1   Beth E. Terrell, WSBA #26759
2   Erika L. Nusser, WSBA #40854
    Attorneys for Plaintiffs
3   TERRELL MARSHALL DAUDT
4     & WILLIE PLLC
    936 North 34th Street, Suite 300
5   Seattle, Washington 98103
6   Telephone: (206) 816-6603
    Facsimile: (206) 350-3528
7   Email: bterrell@tmdwlaw.com
8   Email: enusser@tmdwlaw.com

9   [Additional Counsel Appear On Signature Page]
10
```

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT and DANELLE BLANGERES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SEAMLESS, INC., and KAYCAN LIMITED,<br><br>Defendants. | NO. 2:13-cv-00260-LRS<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Brendan S. Thompson (the "Applicant") hereby moves the Court to enter an order permitting him to participate in this case *Pro Hac Vice* as counsel for Plaintiffs Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule 83.2(c). In support of this Motion, the Applicant states as follows:

MOTION FOR ADMISSION PRO HAC VICE - 1
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1. The Applicant is an associate at the law firm of Cuneo Gilbert & LaDuca, LLP, in Bethesda, Maryland.

2. The Applicant is a member in good standing of the bars of several United States federal courts, the highest state court of Maryland.

3. The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4. The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

(a) The Applicant's address and telephone number are 8120 Woodmont Avenue, Suite 810, Bethesda, Maryland, 20814; telephone (202) 789-3960; facsimile (202) 789-1813; email: brendant@cuneolaw.com.

(b) The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
| --- | --- |
| Maryland | December 18, 2008 |

| Federal Bar Admissions | Date Admitted |
| --- | --- |
| District of Maryland | July 1, 2013 |

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| District of Colorado | February 9, 2009 |
| Central District of Illinois | June 8, 2009 |
| Ninth Circuit Court of Appeals | November 30, 2011 |

(c) The name, address and telephone number of admitted counsel with whom the Applicant will be associated are: Beth E. Terrell and Erika L. Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 400, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

(d) The Applicant's appearance is necessary because Plaintiffs in this action have retained him in this action.

(e) There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

5. The Applicant understands that if he is admitted *Pro Hac Vice* he will be subject to the disciplinary jurisdiction of this Court.

6. The Applicant is familiar with the facts, issues and documents associated with this case.

7. The Applicant is familiar with the local rules of this Court.

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

WHEREFORE, Brendan S. Thompson respectfully requests that the Court enter an order in the form proposed granting the admission *Pro Hac Vice* of Brendan S. Thompson during the pendency of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 26, 2013          _____
                                 Brendan S. Thompson, Applicant

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that Erika L. Nusser and I are co-counsel for Plaintiffs in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Brendan S. Thompson is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 28th day of August, 2013.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
      Beth E. Terrell, WSBA #26759
      Erika L. Nusser, WSBA #40854
      Attorneys for Plaintiffs
      936 North 34th Street, Suite 300
      Seattle, Washington  98103
      Telephone:  (206) 816-6603
      Facsimile:  (206) 350-3528
      Email:  bterrell@tmdwlaw.com
      Email:  enusser@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gregory J. Arpin, WSBA #2746
> Attorneys for Defendant United States Seamless, Inc.
> PAINE HAMBLEN LLP
> 717 W. Sprague Avenue Suite 1200
> Spokane, Washington  99201-3505
> Telephone: (509) 455-6000
> Fax: (509) 838-0007
> Email: greg.arpin@painehamblen.com
>
> Jon R. Brakke, *Admitted Pro Hac Vice*
> Attorneys for Defendant United States Seamless, Inc.
> VOGEL LAW FIRM
> 218 NP Avenue
> P.O. Box 1389
> Fargo, North Dakota  58107-1389
> Telephone: (701) 237-6983
> Facsimile: (701) 476-7676
> Email:  jbrakke@vogellaw.com
>
> Patrick M. Paulich, WSBA #10951
> H. Matthew Munson, WSBA #32019
> Attorneys for Defendant Kaycan Limited
> THORSRUD CANE & PAULICH
> 1300 Puget Sound Plaza
> 1325 Fourth Avenue
> Seattle, Washington  98101
> Telephone:  (206) 386-7755
> Facsimile:  (206) 386-7795
> Email:  ppaulich@tcplaw.com
> Email:  mmunson@tcplaw.com

MOTION FOR ADMISSION PRO HAC VICE - 6
Case No. 2:13-cv-00260-LRS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

DATED this 28th day of August, 2013.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Attorneys for the Plaintiff
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
Email:  bterrell@tmdwlaw.com

*Attorneys for Plaintiff*

MOTION FOR ADMISSION PRO HAC VICE - 7
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seatlle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com