Beth E. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiffs
TERRELL MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
Email:  bterrell@tmdwlaw.com
Email:  jmurray@tmdwlaw.com
Email:  enusser@tmdwlaw.com

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

ROBERT and DANELLE BLANGERES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED STATES SEAMLESS, INC., and KAYCAN LIMITED,

Defendants.

NO. 2:13-cv-00260-LRS

**MOTION FOR ADMISSION *PRO HAC VICE***

Bonnie Prober (the "Applicant") hereby moves the Court to enter an order permitting her to participate in this case *Pro Hac Vice* as counsel for Plaintiffs

MOTION FOR ADMISSION PRO HAC VICE - 1
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule 83.2(c). In support of this Motion, the Applicant states as follows:

1. The Applicant is an associate in the law firm of Cuneo Gilbert & LaDuca, LLP, in Bethesda, Maryland.

2. The Applicant is a member in good standing of the bars of several United States federal courts, the highest state court of New York, and the District of Columbia.

3. The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4. The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

    (a) The Applicant's address and telephone number are 8120 Woodmont Avenue, Suite 810, Bethesda, Maryland, 20814; telephone (202) 789-3960; facsimile (202) 789-1813; email: bprober@cuneolaw.com.

    (b) The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
|---|---|
| New York | 2004 |
| District of Columbia | June 11, 2007 |

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

(c) The name, address and telephone number of admitted counsel with whom the Applicant will be associated are: Beth E. Terrell and Erika L. Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 300, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

(d) The Applicant's appearance is necessary because Plaintiffs in this action have retained her in this action.

(e) There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

5. The Applicant understands that if she is admitted *Pro Hac Vice* she will be subject to the disciplinary jurisdiction of this Court.

6. The Applicant is familiar with the facts, issues and documents associated with this case.

7. The Applicant is familiar with the local rules of this Court.

WHEREFORE, Bonnie Prober respectfully requests that the Court enter an order in the form proposed granting the admission *Pro Hac Vice* of Bonnie Prober during the pendency of this case.

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Dated: 12/17/2013                             _____
5                                                Bonnie Prober, Applicant

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that Jennifer Rust Murray, Erika L. Nusser and I are co-counsel for Plaintiffs in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Bonnie Prober is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 17th day of December, 2013.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiffs
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: jmurray@tmdwlaw.com
Email: enusser@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Gregory J. Arpin, WSBA #2746
>Attorneys for Defendant United States Seamless, Inc.
>PAINE HAMBLEN LLP
>717 W. Sprague Avenue Suite 1200
>Spokane, Washington  99201-3505
>Telephone: (509) 455-6000
>Facsimile: (509) 838-0007
>Email: greg.arpin@painehamblen.com
>
>Jon R. Brakke, *Admitted Pro Hac Vice*
>Attorneys for Defendant United States Seamless, Inc.
>VOGEL LAW FIRM
>218 NP Avenue
>P.O. Box 1389
>Fargo, North Dakota  58107-1389
>Telephone: (701) 237-6983
>Facsimile: (701) 476-7676
>Email:  jbrakke@vogellaw.com
>
>Patrick M. Paulich, WSBA #10951
>H. Matthew Munson, WSBA #32019
>Attorneys for Defendant Kaycan Limited
>THORSRUD CANE & PAULICH
>1300 Puget Sound Plaza
>1325 Fourth Avenue
>Seattle, Washington  98101
>Telephone:  (206) 386-7755
>Facsimile:  (206) 386-7795
>Email:  ppaulich@tcplaw.com
>Email:  mmunson@tcplaw.com

MOTION FOR ADMISSION PRO HAC VICE - 6
Case No. 2:13-cv-00260-LRS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  DATED this 17th day of December, 2013.

2  TERRELL MARSHALL DAUDT
3  & WILLIE PLLC

5  By:   /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759
6      Attorneys for the Plaintiff
7      936 North 34th Street, Suite 300
       Seattle, Washington  98103-8869
8      Telephone:  (206) 816-6603
       Facsimile:  (206) 350-3528
9      Email:  bterrell@tmdwlaw.com

11  *Attorneys for Plaintiff*

MOTION FOR ADMISSION PRO HAC VICE - 7
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com