1   Beth E. Terrell, WSBA #26759
2   Erika L. Nusser, WSBA #40854
    Attorneys for Plaintiffs
3   TERRELL MARSHALL DAUDT
      & WILLIE PLLC
4   936 North 34th Street, Suite 300
5   Seattle, Washington  98103
6   Telephone:  (206) 816-6603
    Facsimile:  (206) 350-3528
7   Email:  bterrell@tmdwlaw.com
8   Email:  enusser@tmdwlaw.com

9   [Additional Counsel Appear On Signature Page]
10

11             UNITED STATES DISTRICT COURT FOR THE
12               EASTERN DISTRICT OF WASHINGTON

13  ROBERT and DANELLE BLANGERES,
14  individually and on behalf of all others         NO. 2:13-cv-00260-LRS
    similarly situated,
15                                                   **MOTION FOR ADMISSION**
                        Plaintiffs,                  ***PRO HAC VICE***
16
            v.
17
18  UNITED STATES SEAMLESS, INC.,
    and KAYCAN LIMITED,
19
                        Defendants.
20

21

22        Jill Lin (the "Applicant") hereby moves the Court to enter an order

23  permitting her to participate in this case *Pro Hac Vice* as counsel for Plaintiffs

24  Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule 83.2(c).  In

25  support of this Motion, the Applicant states as follows:

26

MOTION FOR ADMISSION PRO HAC VICE - 1
Case No. 2:13-cv-00260-LRS

1        1.      The Applicant is an associate in the law firm of Audet & Partners,

2   LLP, in San Francisco, California.

3        2.      The Applicant is a member in good standing of the bars several

4   Federal District Courts and the highest courts in California.

5        3.      The Applicant does not reside in the State of Washington and does

6   not maintain an office in the State of Washington.

7        4.      The Applicant responds to the information requested in Local Rule

8   83.2(c)(2) as follows:

9            (a)      The Applicant's address and telephone number are 221 Main

10  Street, Suite 1460, San Francisco, California, 94105; telephone (415) 568-2555;

11  facsimile (415) 568-2556; email: jlin@audetlaw.com.

12           (b)      The dates of admission to practice before other courts are

13  listed below:

14       | State Bar Admissions | Date Admitted |
    |---|---|
15  | California | 12/03/2012 |

16

17       | Federal Bar Admissions | Date Admitted |
    |---|---|
18  | N.D. California | 12/12/2012 |
19  | C.D. California | 12/07/2012 |

20           (c)      The name, address and telephone number of admitted counsel

21  with whom the Applicant will be associated are: Beth E. Terrell and Erika L.

22  Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite

23  300, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206)

24  350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

25           (d)      The Applicant's appearance is necessary because Plaintiffs in

26  this action have retained him in this action.

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:13-cv-00260-LRS

1           (e)     There are no disciplinary sanction actions pending against the

2    Applicant and the Applicant has never been subject to any disciplinary sanctions

3    by any court or Bar Association.

4           5.      The Applicant understands that if she is admitted *Pro Hac Vice* she

5    will be subject to the disciplinary jurisdiction of this Court.

6           6.      The Applicant is familiar with the facts, issues and documents

7    associated with this case.

8           7.      The Applicant is familiar with the local rules of this Court.

9           WHEREFORE, Jill Lin respectfully requests that the Court enter an order

10   in the form proposed granting the admission *Pro Hac Vice* of Jill Lin during the

11   pendency of this case.

12          I declare under penalty of perjury under the laws of the United States of

13   America that the foregoing is true and correct.

14

15   Dated:   3/25/2014                    _____

16                                         Jill Lin, Applicant

17

18

19

20

21

22

23

24

25

26

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

**STATEMENT OF LOCAL COUNSEL**

I, Beth E. Terrell, states that Erika L. Nusser and I are co-counsel for Plaintiffs in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Jill Lin is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 25th day of March, 2014.

TERRELL MARSHALL DAUDT
& WILLIE PLLC


By:  /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiffs
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
Email:  bterrell@tmdwlaw.com
Email:  enusser@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:13-cv-00260-LRS

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory J. Arpin, WSBA #2746
Attorneys for Defendant United States Seamless, Inc.
PAINE HAMBLEN LLP
717 W. Sprague Avenue Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Fax: (509) 838-0007
Email: greg.arpin@painehamblen.com

Jon R. Brakke, *Admitted Pro Hac Vice*
Attorneys for Defendant United States Seamless, Inc.
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, North Dakota 58107-1389
Telephone: (701) 237-6983
Facsimile: (701) 476-7676
Email: jbrakke@vogellaw.com

Patrick M. Paulich, WSBA #10951
H. Matthew Munson, WSBA #32019
Attorneys for Defendant Kaycan Limited
THORSRUD CANE & PAULICH
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, Washington 98101
Telephone: (206) 386-7755
Facsimile: (206) 386-7795
Email: ppaulich@tcplaw.com
Email: mmunson@tcplaw.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

1

2      DATED this 25th day of March, 2014.

3                          TERRELL MARSHALL DAUDT
                              & WILLIE PLLC
4

5
                       By:    /s/ Beth E. Terrell, WSBA #26759
6                             Beth E. Terrell, WSBA #26759
                              Attorneys for the Plaintiff
7                             936 North 34th Street, Suite 300
                              Seattle, Washington  98103-8869
8                             Telephone:  (206) 816-6603
                              Facsimile:  (206) 350-3528
9                             Email:  bterrell@tmdwlaw.com

10
                              *Attorneys for Plaintiff*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION FOR ADMISSION PRO HAC VICE - 6
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com