1  Beth E. Terrell, WSBA #26759
2  Erika L. Nusser, WSBA #40854
   Attorneys for Plaintiffs
3  TERRELL MARSHALL DAUDT
4    & WILLIE PLLC
   936 North 34th Street, Suite 300
5  Seattle, Washington  98103
6  Telephone:  (206) 816-6603
   Facsimile:  (206) 350-3528
7  Email:  bterrell@tmdwlaw.com
8  Email:  enusser@tmdwlaw.com

9  [Additional Counsel Appear On Signature Page]
10

11            UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF WASHINGTON
12

13 ROBERT and DANELLE BLANGERES,
   individually and on behalf of all others          NO. 2:13-cv-00260-LRS
14 similarly situated,
15                                                   **MOTION FOR ADMISSION**
                    Plaintiffs,                      ***PRO HAC VICE***
16
         v.
17
18 UNITED STATES SEAMLESS, INC.,
   and KAYCAN LIMITED,
19
                    Defendants.
20

21

22      Jonas P. Mann (the "Applicant") hereby moves the Court to enter an order

23 permitting him to participate in this case *Pro Hac Vice* as counsel for Plaintiffs

24
   Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule 83.2(c).  In
25
26 support of this Motion, the Applicant states as follows:

MOTION FOR ADMISSION PRO HAC VICE - 1
Case No. 2:13-cv-00260-LRS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1. The Applicant is an associate in the law firm of Audet & Partners, LLP, in San Francisco, California.

2. The Applicant is a member in good standing of the bars several Federal District Courts and the highest courts in California, Pennsylvania, and New Jersey.

3. The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4. The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

(a) The Applicant's address and telephone number are 221 Main Street, Suite 1460, San Francisco, California, 94105; telephone (415) 568-2555; facsimile (415) 568-2556; email: jmann@audetlaw.com.

(b) The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
| --- | --- |
| Pennsylvania | 10/15/2007 |
| New Jersey | 11/30/2007 |
| California | 06/02/2009 |

| Federal Bar Admissions | Date Admitted |
| --- | --- |
| N.D. California | 06/02/2009 |
| C.D. California | 06/02/2009 |

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:13-cv-00260-LRS

|   |   |
|---|---|
| S.D. California | 06/02/2009 |
| E.D. California | 03/24/2011 |

(c) The name, address and telephone number of admitted counsel with whom the Applicant will be associated are: Beth E. Terrell and Erika L. Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 300, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

(d) The Applicant's appearance is necessary because Plaintiffs in this action have retained him in this action.

(e) There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

5. The Applicant understands that if he is admitted *Pro Hac Vice* he will be subject to the disciplinary jurisdiction of this Court.

6. The Applicant is familiar with the facts, issues and documents associated with this case.

7. The Applicant is familiar with the local rules of this Court.

WHEREFORE, Jonas Mann respectfully requests that the Court enter an order in the form proposed granting the admission *Pro Hac Vice* of Jonas Mann during the pendency of this case.

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Dated: 3/25/2014                    _____
5                                       Jonas P. Mann, Applicant

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that Erika L. Nusser and I are co-counsel for Plaintiffs in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Michael McShane is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 25th day of March, 2014.

                              TERRELL MARSHALL DAUDT
                                  & WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759
       Erika L. Nusser, WSBA #40854
       Attorneys for Plaintiffs
       936 North 34th Street, Suite 300
       Seattle, Washington 98103
       Telephone: (206) 816-6603
       Facsimile: (206) 350-3528
       Email: bterrell@tmdwlaw.com
       Email: enusser@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Gregory J. Arpin, WSBA #2746
>Attorneys for Defendant United States Seamless, Inc.
>PAINE HAMBLEN LLP
>717 W. Sprague Avenue Suite 1200
>Spokane, Washington  99201-3505
>Telephone: (509) 455-6000
>Fax: (509) 838-0007
>Email: greg.arpin@painehamblen.com

>Jon R. Brakke, *Admitted Pro Hac Vice*
>Attorneys for Defendant United States Seamless, Inc.
>VOGEL LAW FIRM
>218 NP Avenue
>P.O. Box 1389
>Fargo, North Dakota  58107-1389
>Telephone: (701) 237-6983
>Facsimile: (701) 476-7676
>Email:  jbrakke@vogellaw.com

>Patrick M. Paulich, WSBA #10951
>H. Matthew Munson, WSBA #32019
>Attorneys for Defendant Kaycan Limited
>THORSRUD CANE & PAULICH
>1300 Puget Sound Plaza
>1325 Fourth Avenue
>Seattle, Washington  98101
>Telephone:  (206) 386-7755
>Facsimile:  (206) 386-7795
>Email:  ppaulich@tcplaw.com
>Email:  mmunson@tcplaw.com

MOTION FOR ADMISSION PRO HAC VICE - 6
Case No. 2:13-cv-00260-LRS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

DATED this 25th day of March, 2014.

      TERRELL MARSHALL DAUDT
       & WILLIE PLLC


By:  /s/ Beth E. Terrell, WSBA #26759
   Beth E. Terrell, WSBA #26759
   Attorneys for the Plaintiff
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 350-3528
   Email: bterrell@tmdwlaw.com

*Attorneys for Plaintiff*

MOTION FOR ADMISSION PRO HAC VICE - 7
Case No. 2:13-cv-00260-LRS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com