GREGORY J. ARPIN
DAVID L. BROOM
PAINE HAMBLEN LLP
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201-3505
(509) 455-6000

Attorneys for Defendant,
United States Seamless, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| ROBERT and DANELLE BLANGERES, individually and on behalf of others similarly situated, | ) ) ) | No. CV-13-260-LRS |
|---|---|---|
| Plaintiffs, | ) ) ) ) | MOTION FOR ORDER ALLOWING ALBERT M. BOWER TO APPEAR AND PARTICIPATE PRO HAC VICE |
| vs. | ) ) | |
| UNITED STATES SEAMLESS, INC., and KAYCAN LIMITED, | ) ) ) | |
| Defendants. | ) ) | |

Defendant UNITED STATES SEAMLESS, INC., by and through its local counsel, Gregory J. Arpin, hereby moves, pursuant to Local Rule 83.2(c), for an order allowing Albert M. Bower to appear and participate pro hac vice in this particular case. In support of this motion, the undersigned submits the following information pursuant to LR 83.2(c)(2):

(a) Applicant's address and phone number:

> SmithAmundsen LLC
> 150 N. Michigan Ave., Ste. 3300
> Chicago, IL  60601
> Telephone:  (312) 894-3200

(b) Applicant's dates of admission to practice before other courts:

(1) Supreme Court of Arizona (2001);

(2) Supreme Court of Illinois (2002);

(3) United States District Court, Northern District of Illinois (2002);

(4) United States District Court, Central District of Illinois (2003);

(5) United States Court of Appeals, Seventh Circuit (2004);

(6) United States District Court, Eastern District of Wisconsin (2004);

(7) United States District Court, Southern District of Illinois (2005);

(8) Supreme Court of Michigan (2013); and

(9) United States District Court, Western District of Michigan (2013).

(c) The applicant will be associated with the following admitted local counsel in this action:

> Gregory J. Arpin / David L. Broom
> Paine Hamblen LLP
> 717 W. Sprague Ave., Ste. 1200
> Spokane, WA  99201
> Telephone: (509) 455-6000
> Facsimile: (509) 838-0007

(d) The applicant has extensive knowledge and national experience in defending consumer product class action cases similar in nature to this lawsuit.

(e) The applicant does not have any pending disciplinary sanction actions. After moving from Arizona to Illinois in 2002, Mr. Bower stopped paying dues and participating in Continuing Legal Education in Arizona. His license to practice in Arizona was subsequently suspended, but the suspension was not related in any way to disciplinary issues.

RESPECTFULLY SUBMITTED this 9th day of May, 2014.

s/ Gregory J. Arpin
Gregory J. Arpin, WSBA #2746
Attorney for Defendant,
United States Seamless, Inc.

Paine Hamblen LLP
717 W. Sprague Ave., Ste. 1200
Spokane, WA  99201-3505
Telephone:  (509) 455-6000
Fax: (509) 838-0007
Email: greg.arpin@painehamblen.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send email notification of such filing to the following:

Gregory J. Arpin
greg.arpin@painehamblen.com
bruce.bennett@painehamblen.com

Jon R. Brakke
jbrakke@vogellaw.com
sthompson@vogellaw.com

Charles J. LaDuca
Charles@cuneolaw.com

Brendan S. Thompson
brendant@cuneolaw.com

Herbert Matthew Munson
mmunson@tcplaw.com
mhanshaw@tcplaw.com

Patrick Michael Paulich
ppaulich@tcplaw.com
mhanshaw@tcplaw.com

Beth E. Terrell
bterrell@tmdwlaw.com
docketrequests@tmdwlaw.com
bkinsey@tmdwlaw.com
enordby@tmdwlaw.com
jchase@tmdwlaw.com
filing@tmdwlaw.com

Jennifer Rust Murray
jmurray@tmdwlaw.com
docketrequests@tmdwlaw.com
cstanley@tmdwlaw.com
bkinsey@tmdwlaw.com
enordby@tmdwlaw.com
filing@tmdwlaw.com

Erika L. Nusser
enusser@tmdwlaw.com
docketrequests@tmdwlaw.com
cstanley@tmdwlaw.com
bkinsey@tmdwlaw.com
enordby@tmdwlaw.com
filing@tmdwlaw.com

Robert K. Shelquist
rkshelquist@locklaw.com
kjleroy@locklaw.com
bgilles@locklaw.com

Charles E. Schaffer
cschaffer@lfsblaw.com
dguardiani@lfsblaw.com

Michael McShane
mmcshane@audetlaw.com

David L. Broom
dave.broom@painehamblen.com
suzette.krebs@painehamblen.com

Bonnie Prober
bprober@cuneolaw.com

| | |
|---|---|
| Jill Tan Lin | Jonas P. Mann |
| jlin@audetlaw.com | jmann@audetlaw.com |
| achamberlin@audetlaw.com | achamberlin@audetlaw.com |

There are no non-CM/ECF participants for this case.

s/ Gregory J. Arpin
Gregory J. Arpin, WSBA #2746
Attorney for Defendant,
United States Seamless, Inc.

Paine Hamblen LLP
717 W. Sprague Ave., Ste. 1200
Spokane, WA  99201-3505
Telephone:  (509) 455-6000
Fax: (509) 838-0007
Email: greg.arpin@painehamblen.com

I:\Spodocs\00483\00001\PLEAD\01284505.DOC