Beth E. Terrell, WSBA # 26759
Jennifer Rust Murray, WSBA #36983
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiff
TERRELL MARSHALL DAUDT
   & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Tel: (206) 816-6603
Fax: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: jmurray@tmdwlaw.com
Email: enusser@tmdwlaw.com

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT and DANELLE BLANGERES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES SEAMLESS, INC., and KAYCAN LIMITED,<br><br>        Defendants. | No. 2:13-cv-00260-LRS<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

     Michael J. Flannery (the "Applicant") hereby moves the Court to enter an order permitting him to participate in this case *pro hac vice* as counsel for Plaintiffs Robert and Danelle Blangeres ("Plaintiffs"), pursuant to Local Rule 83.2(c). In support of this motion, the Applicant states as follows:

     1.    The Applicant is a partner in the law firm of Cuneo Gilbert & LaDuca, LLP, in St. Louis, Missouri.

     2.    The Applicant is a member in good standing of the bars of several United States federal courts, the highest state court of Missouri, California, and Virginia, and the District of Columbia.

3.       The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4.       The Applicant responds to the information requested in Local Rules 83.2(c)(2) as follows:

    a. The Applicant's address and telephone numer are 7733 Forsyth Blvd., Suite 1675, Clayton, MO 63105; telephone number (202) 789-3960; facsimile (202) 789-1813; email: mflannery@cuneolaw.com

    b. The dates of admission to practice before other courts are listed below:

| State Bar Admission | Date Admitted |
|---|---|
| Virginia | 9/30/1991 |
| District of Columbia | 3/25/1992 |
| California | 7/20/1998 |
| Missouri | 4/6/2001 |

    c. The name, address, and telephone number of admitted counsel with whom the Applicant will be associated are: Beth E. Terrell and Erika L. Nusser of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 300, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

    d. The Applicant's appearance is necessary because Plaintiffs in this action have retained him in this action.

    e. There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

5.       The Applicant understands that if she isadmitted *pro hac vice* she will be subject to the disciplary jurisdiction of this Court.

6.  The Applicant is familiar with the facts, issues, and documents associated with this case.

7.  The Applicant is familiar with the local rules of this Court.

WHEREFORE, Michael J. Flannery respectfully requests that the Court enter an order in the form proposed granting the admission *pro hac vice* of Michael J. Flannery during the pendency of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 30, 2015                                  /s/ Michael J. Flannery
                                                                        Michael J. Flannery, Applicant

# STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, state that Jennifer Rust Murray, Erika L. Nusser, and I are co-counsel for Plaintiffs in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Michael J. Flannery is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 30th day of April, 2015.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA # 26759
Jennifer Rust Murray, WSBA #36983
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiff
936 North 34th Street, Suite 300
Seattle, Washington 98103
Tel: (206) 816-6603
Fax: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: jmurray@tmdwlaw.com
Email: enusser@tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Gregory J. Arpin, WSBA #2746
>David L. Broom, WSBA #2096
>Eric P. Whiting, WSBA #42885
>Attorneys for Defendant United States Seamless, Inc.
>PAINE HAMBLEN LLP
>717 W. Sprague Avenue Suite 1200
>Spokane, Washington  99201-3505
>Telephone: (509) 455-6000
>Facsimile: (509) 838-0007
>Email: greg.arpin@painehamblen.com
>Email:  dave.broom@painehamblen.com
>Email:  eric.whiting@painehamblen.com

>Eric L. Samore, *Admitted Pro Hac Vice*
>**Albert M. Bower,** *Admitted Pro Hac Vice*
>Attorneys for Defendant United States Seamless, Inc.
>SMITHAMUNDSEN LLC
>150 North Michigan Avenue, Suite 3300
>Chicago, Illinois  60601
>Telephone: (312) 894-3200
>Facsimile:  (312) 997-1843
>Email:  esamore@salawus.com
>Email:  abower@salawus.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:13-cv-00260-LRS

| | |
|---|---|
| 1 | Jon R. Brakke, *Admitted Pro Hac Vice* |
| | Attorneys for Defendant United States Seamless, Inc. |
| 2 | VOGEL LAW FIRM |
| 3 | 218 NP Avenue |
| | P.O. Box 1389 |
| 4 | Fargo, North Dakota 58107-1389 |
| | Telephone: (701) 237-6983 |
| 5 | Facsimile: (701) 476-7676 |
| 6 | Email: jbrakke@vogellaw.com |
| 7 | |
| | Patrick M. Paulich, WSBA #10951 |
| 8 | Paul F. Cane, WSBA #8703 |
| 9 | H. Matthew Munson, WSBA #32019 |
| | Attorneys for Defendants K.B.P. Coil Coaters, Inc., and |
| 10 | Kaycan Limited |
| 11 | BETTS PATTERSON & MINES, P.S. |
| | One Convention Place |
| 12 | 701 Pike Street, Suite 1400 |
| 13 | Seattle, Washington 98101-3927 |
| | Telephone: (206) 292-9988 |
| 14 | Facsimile: (206) 343-7053 |
| 15 | Email: ppaulich@bpmlaw.com |
| | Email: pcane@bpmlaw.com |
| 16 | Email: mmunson@bpmlaw.com |
| 17 | |
| | DATED this 30th day of April, 2015. |
| 18 | |
| 19 |                    TERRELL MARSHALL DAUDT |
| |                       & WILLIE PLLC |
| 20 | |
| 21 | |
| |                    By:    /s/ Beth E. Terrell, WSBA #26759 |
| 22 |                       Beth E. Terrell, WSBA #26759 |
| 23 |                       Attorneys for the Plaintiffs |
| |                       936 North 34th Street, Suite 300 |
| 24 |                       Seattle, Washington 98103-8869 |
| 25 |                       Telephone: (206) 816-6603 |
| |                       Facsimile: (206) 350-3528 |
| 26 |                       Email: bterrell@tmdwlaw.com |

MOTION FOR ADMISSION PRO HAC VICE - 6
Case No. 2:13-cv-00260-LRS